EVERETT McCULLOUGH, WILLIAM H. SAWYER, EDWARD
CAMPBELL, WILLIAM LEVIN, ANNIE MOFFET, LEON-
ARD FORSMAN, STEPHEN WILMER, KATHRYN ERVO-
LINI AND WILMER CLINE, RELATORS, v. COUNTY OF
CAMDEN, RESPONDENT.

Submitted January 21, 1941—Decided April 15, 1941.

Before Justices BODINE and PORTER.

For the relators, *Carl Kisselman* and *Meyer L. Sakin.*

For the respondent, *Vincent L. Gallaher.*

BODINE, J. This decision in this case follows our decision
in *Luker* v. *Civil Service Commission,* 126 *N. J. L.* 229.

The relators seek *mandamus* to compel the payment of their
salaries as court attendants. All were reinstated after hearing
by the Civil Service Commission. They sued for salaries due
during the period the sheriff refused to permit them to
perform their duties. The answers filed raise the same mat-
ters considered by us to have no merit in 126 *N. J. L.* 229.
The learned trial judge in a clear and concise memorandum—
a model of excellence—ordered the answers struck and entered
judgments for the sums due upon the annual salary basis
fixed by the freeholders.

The relators applied for *mandamus* consolidating their
actions. The right being clear *mandamus* should go to require
the raising of revenues, if sufficient funds are not on hand
to pay the judgments. *Township Committee* v. *First National
Bank,* 111 *N. J. L.* 412.

A peremptory writ will issue.